1
2
3
4
5
6
7

8                     UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10                            EASTERN DIVISION

11  **GREGORY GURROLA,**                )
                                        )
12          **Plaintiff,**              )    Case No. EDCV 13-1966 AJW
                                        )
13          v.                          )    **J U D G M E N T**
                                        )
14  **CAROLYN W. COLVIN,**              )
    **Acting Commissioner of Social Security,**  )
15                                      )
            **Defendant.**               )
16  _____ )

17    **IT IS AJUDGED** that defendant's decision is reversed and remanded for further administrative
18  proceedings consistent with the memorandum of decision.

19

20  September 25, 2014

21
22                                          _____
                                            ANDREW J. WISTRICH
23                                          United States Magistrate Judge
24
25
26
27
28