LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| GREGORY GURROLA,<br><br>   Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN<br>Commissioner Of Social Security,<br><br>   Defendant. | No.  EDCV 13 - 01966 AJW<br><br><u>ORDER AWARDING EAJA FEES</u> |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND FOUR HUNDRED FIFTY DOLLARS AND 00/100 ($2,450.00) subject to the terms of the stipulation.

DATE:  _10/24/14__       _____

                        HON. ANDREW J. WISTRICH
                        UNITED STATES MAGISTRATE JUDGE